UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   05-197 M |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER M. URGA, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offenses charged:

    Counts 1 & 2:    Felon in Possession of a Firearm, in violation of Title 18, U.S.C., Section 922(g)(1).

Date of Detention Hearing: May 5, 2005.

    The Court, having conducted an uncontested detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which Defendant can meet, will reasonably assure the appearance of Defendant as required and the safety of any other person and the community. The Government was represented by Andrew Friedman and Andrew Colasurdo. The defendant was represented by Jennifer Wellman.

    The Government filed a Motion for Detention based on the defendant's criminal history, risk of flight, and danger to the community. The defendant stipulated to detention pending further discovery of information supporting his release.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    The defendant's ties to this district and employment history are unknown.

    (2)    The defendant has a history of flight to avoid prosecution, and no reasonable assurances could given to put to rest the defendant's flight risk. This, coupled

with the defendant's State criminal charges involving the theft of law enforcement firearms and his criminal history, supports that the release of the defendant would pose a risk to the community.

(3) Based upon the foregoing information, it appear s that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of May, 2005.

Monica J. Benton
United States Magistrate Judge